

## U.S. District Court

### Texas Western - San Antonio

Receipt Date: Apr 30, 2024 10:43AM

MARK ANTHONY ORTEGA
14006 SHIRE OAK ST
SAN ANTONIO, TX 78247

| Rcpt. No: 4876 | | Trans. Date: Apr 30, 2024 10:43AM | | | Cashier ID: #VL |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #249 | 04/22/2024 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: FILING FEE 5:24-CV-00440; MARK ANTHONY ORTEGA V DANIEL GILBERT FIELDS; ERIC DOE

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov