Mark Anthony Ortega
152 Bedingfeld
San Antonio, TX 78207

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

SA24CA0440 OG MJ-HJB

RECEIVED
APR 25 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Retail
RDC 99
U.S. POSTAGE PAID
FCM LG ENV
SAN ANTONIO, TX
APR 23, 2024
78207
$2.11
R2304P118839-14