

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED

JUL 1 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| MARK ANTHONY ORTEGA <br><br> Plaintiff, <br><br> v. <br><br> DANIEL GILBERT FIELDS and ERIC DOE, <br><br> Defendants. | **Case No. 5:24-cv-00440-OLG-HJB** |

## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS

Plaintiff Mark Anthony Ortega ("Ortega") files this Motion for Alternative Service of Process, asking the Court for an order authorizing alternative service of process upon Defendant Daniel Gilbert Fields ("Fields").

## INTRODUCTION

1.    Ortega brought this action for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA"), and the Texas Business and Commercial Code, Chapter 302 ("Tex. Bus. & Com. Code") arising out of Defendants Daniel Gilbert Fields and Eric Doe practices of initiating unwanted and unsolicited telemarketing calls.

2.    Despite Plaintiff's diligent efforts, traditional service of process upon Defendant Fields has proven unsuccessful due to his evasive conduct.

3.    Therefore, Plaintiff requests this Court to authorize alternative service through one or more of the following methods: (1) delivery to a person of suitable age and discretion residing

at Defendant's residence; (2) affixation to the door of Defendant's residence; and (3) email to an address known to be actively utilized by Defendant.

## **FACTUAL BACKGROUND**

4.    On or about March 14, 2024, Plaintiff received an unsolicited telemarketing call from Defendant Fields in violation of the TCPA and Texas Business & Commercial Code.

5.    In an attempt to resolve this matter informally, on March 14, 2024, Plaintiff, through his attorney at the time, sent a demand letter to Defendant Fields at the email address dan@franconsultantgroup.com.

6.    On March 15, 2024, Plaintiff received a response to the demand letter from Defendant Fields, confirming he received the demand letter and uses the email address dan@franconsultantgroup.com.

7.    Plaintiff filed his original complaint in this matter on April 22, 2024.

8.    On or around June 6, 2024, Plaintiff retained a private process server to personally serve Defendant Fields at his residence.

9.    Exhibit A attached hereto as Exhibit B and incorporated herein by reference for all purposes, includes results from searches conducted through CBC, Accurint, and TLO, all of which confirm that 1263 White Sands Dr, San Marcos, CA 92078 is a valid address for Defendant Fields and is associated with his most recent driver's license.

10.    Beginning on or around June 14, 2024, a private process server attempted to personally serve Defendant Fields at his last known residence on four separate occasions: June 14, 2024, June 18, 2024, June 20, 2024, and June 22, 2024.  These attempts are documented in the attached Proof of Service ("Proof of Service"), attached hereto as Exhibit B and incorporated herein by reference for all purposes.

11.     On June 22, 2024, the process server left a voicemail message for Defendant Fields at a phone number ending in 0109, which features Defendant's voice on the answering machine message.  Later that day, an individual identifying himself as Defendant Fields returned the call but refused to cooperate with service, stating "will not be available to accept any delivery." (Proof of Service).

12.     Despite these attempts, Defendant Fields has successfully evaded service of process.

## ARGUMENT AND AUTHORITIES

13.     Federal Rule of Civil Procedure 4(e)(1) permits service of process in accordance with the law of the state where the court is located or where service is made.  Texas Rule of Civil Procedure 106(b) authorizes alternative service when service through the methods prescribed by Rule 106(a) has been attempted but unsuccessful.  *See* Tex. R. Civ. P. 106(a), (b).

14.     Here, Plaintiff has satisfied the requirements for alternative service.  The Proof of Service details Plaintiff's unsuccessful attempts to serve Defendant Fields through traditional means. Defendant's evasive conduct, as demonstrated by his refusal to accept service and his statement that he "will not be available to accept any delivery," further supports Plaintiff's request for alternative service. (Proof of Service).

15.   Moreover, Plaintiff proposes alternative service methods reasonably calculated to provide Defendant Fields with actual notice of this lawsuit:

a. **Delivery to a Person of Suitable Age and Discretion Residing at Defendant's Residence**:  This method is permitted by Federal Rule of Civil Procedure 4(e)(2)(B) and ensures delivery to an individual likely to bring the lawsuit to Defendant's attention.

b. **Affixation to the Door of Defendant's Residence**:  This method provides an additional layer of notice when delivery to a person at the residence is unsuccessful.

c. **Email to dan@franconsultantgroup.com**:  This method is warranted by Defendant's demonstrated use of this email address to communicate regarding this case.

## CONCLUSION

16. For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion for Alternative Service of Process and authorize service upon Defendant Daniel Gilbert Fields through one or more of the following methods:

a. Delivery of a copy of the Summons, Complaint, and this Order to a person of suitable age and discretion residing at 1263 White Sands Dr, San Marcos, CA 92078.

b. Affixation of a copy of the Summons, Complaint, and this Order to the front door at 1263 White Sands Dr, San Marcos, CA 92078.

c. Email to dan@franconsultantgroup.com.

Dated: June 25, 2024                    Respectfully submitted,

Mark Anthony Ortega
Plaintiff, Pro Se

By: _____

mortega@utexas.edu
PO Box 702099
San Antonio, TX 78270
Telephone: (210) 744-9663

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024, a true and correct copy of the foregoing Plaintiff's Motion

for Alternative Service of Process was served upon Defendant Daniel Gilbert Fields via Certified

Mail, Return Receipt Requested, postage prepaid, to the following address:

Daniel Gilbert Fields
1263 White Sands Dr
San Marcos, CA 92078

_____
Mark Anthony Ortega

**<u>EXHIBIT A</u>**

# Exhibits

**Defendant:** Daniel Gilbert Fields
**Address:** 1263 White Sands Dr, San Marcos, San Diego County, CA 92078

## CBC Innovis Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| **1263 White Sands Dr, San Marcos, CA 92078** | | 01/04/2004 | |
| 16629 CIMARRON CREST DR, SAN DIEGO, CA 92127 | | 02/19/2003 | |
| 1979 HIGHWAY 42, CHERRY VALLEY, AR 72324 | | 10/17/2001 | |
| 193 COUNTY ROAD 219, CHERRY VALLEY, AR 72324 | x | 07/30/2000 | |
| 721 TEALWOOD LN, CORDOVA, TN 38018 | | 12/30/1998 | |

## Accurint Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| 7480 MIRAMAR RD STE 202, SAN DIEGO, CA 92126-4220 | x | 03/01/2007 | 03/01/2007 |
| **1263 White Sands Dr, San Marcos, CA 92078** | | 12/01/2003 | 03/01/2024 |
| 16629 CIMARRON DR, SAN DIEGO, CA 92128 *(Verification Level: Street Partial)* | | 03/01/2003 | 03/01/2003 |
| 16629 CIMARRON CREST DR, SAN DIEGO, CA 92127 | | 01/01/2003 | 12/01/2003 |
| 1979 HIGHWAY 42, CHERRY VALLEY, AR 72324 | | 02/01/2001 | 03/01/2003 |
| 193 COUNTY ROAD 205, CHERRY VALLEY, AR 72324-8637 | | 11/01/2000 | 11/01/2000 |
| PO BOX 306044, HENDERSON, NV 89077 *(Verification Level: Street Partial)* | | 08/01/2000 | 08/01/2000 |
| 193 219 CIR, CHERRY VALLEY, AR 72324 *(Verification Level: None)* | | 07/01/2000 | 07/01/2000 |
| 193 COUNTY ROAD 219, CHERRY VALLEY, AR 72324 | x | 06/01/2000 | 11/01/2002 |
| 4465 POPLAR AVE STE 260, MEMPHIS, TN 38117-3760 | x | 12/01/1998 | 02/01/2003 |
| 721 TEALWOOD LN, CORDOVA, TN 38018 | | 06/01/1998 | 03/01/2015 |
| 1979 HIGHWAY, CHERRY VALLEY, AR 72324-8632 *(Verification Level: None)* | | | |
| 193 COUNTY RD, CHERRY VALLEY, AR 72324 *(Verification Level: None)* | | | |

# Exhibits

**TLO Search Results**

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| 543 ENCINITAS BLVD, ENCINITAS, CA 92024 *(Verification Level: Premises Partial)* | x | 08/23/2004 | 08/23/2004 |
| 5443 W 119TH ST, INGLEWOOD, CA 90304 | | 08/13/2004 | 08/13/2004 |
| **1263 White Sands Dr, San Marcos, CA 92078** | | 12/01/2003 | 06/06/2024 |
| 193 COUNTY ROAD 219, CHERRY VALLEY, AR 72324 | x | 09/26/2001 | 01/23/2003 |
| 16629 CIMARRON CREST DR, SAN DIEGO, CA 92127 | | 03/01/2001 | 03/20/2004 |
| PO BOX 306044, HENDERSON, NV 89077 *(Verification Level: Street Partial)* | | 08/01/2000 | 11/17/2003 |
| 1979 HIGHWAY 42, CHERRY VALLEY, AR 72324 | | 06/16/2000 | 04/13/2003 |
| 35 HIGHLAND RD APT 1403, BETHEL PARK, PA 15102 | | 10/01/1999 | 11/10/2003 |
| 721 TEALWOOD LN, CORDOVA, TN 38018 | | 05/01/1998 | 01/23/2013 |
| 250 ARBOR COMMONS CIR, MEMPHIS, TN 38120 *(Verification Level: Premises Partial)* | | 09/09/1997 | 09/09/1997 |
| 225 HIGHWAY 1B, CHERRY VALLEY, AR 72324 | | 05/30/1997 | 05/30/1997 |
| 11523 OLDE TIVERTON CIR APT 306, RESTON, VA 20194 | | 04/01/1996 | 04/01/1996 |
| 3001 PARK CENTER DR APT 920, ALEXANDRIA, VA 22302 | | 10/01/1995 | 01/16/1997 |
| 441 ASBURY CMNS APT A, ATLANTA, GA 30338 | | 03/01/1995 | 01/23/2003 |
| HIGHLAND TERRACE APTS, 3350 ALTAMONT RD S, BIRMINGHAM, AL 35205 *(Verification Level: Premises Partial)* | | 11/01/1994 | 04/01/1996 |
| 6855 CLUB RIDGE CIR APT 120, MEMPHIS, TN 38115 | | 10/01/1994 | 10/01/1994 |
| 318 SPRINGS AVE, BIRMINGHAM, AL 35242 | | 06/01/1994 | 01/23/2003 |
| 250 ARBOR COMMONS CIR APT 307, MEMPHIS, TN 38120 | | 06/01/1988 | 10/01/1997 |
| 1816 HIGHPOINT BLVD, MOBILE, AL 36618 *(Verification Level: Street Partial)* | | | |
| 103 PACES BROOK AVE # 317, COLUMBIA, SC 29212 *(Verification Level: Premises Partial)* | x | | |

**Drivers Licenses (TLO)**

DL#: *(redacted)*, **DL State:** CA, **Reported:** 01/27/2014, **Name:** DANIEL G FIELDS, **Address: 1263 WHITE SANDS DR, SAN MARCOS, CA 92078, DOB:** *(redacted)*
DL#: *(redacted)*, **DL State:** TN, **Reported:** 04/18/2000, **Name:** DANIEL G FIELDS, **Address:** 1979 HIGHWAY 42, CHERRY VALLEY, AR 72324, **DOB:** *(redacted)*

**Vehicles (TLO)**

*None reported.*

**Forwards reported per National Change of Address (NCOA) service**

*None reported.*

**Property Ownership (TLO)**

**Address: 1263 White Sands Dr, San Marcos, CA 92078-5489**, **Owner(s):** DANIEL FIELDS, WHITNEY FIELDS, **Purchase Date:** 11/2003
**Address:** 5443 W 119th St, Inglewood, CA 90304-1025, **Owner(s):** WILLIAM CHICA, A CHICA INGRID, **Purchase Date:** 04/2018

**EXHIBIT B**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **5:24-CV-00440-OLG-HJB**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for  **Daniel Gilbert Fields**
was recieved by me on  **6/11/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  06/23/2024

_____
*Server's signature*

**Maria De La Toba**
*Printed name and title*

**3652 Park Blvd
5
San Diego, CA 92103**

_____
*Server's address*

Additional information regarding attempted service, etc:

6/14/2024 9:01 AM: There was no answer at the address. Few days in driveway.
6/18/2024 9:24 AM: There was no answer at the address.
6/20/2024 9:12 AM: There was no answer at the address.
6/22/2024 2:26 PM: There was no answer at the address.
6/22/2024 2:36 PM: I placed a phone call to number ending in 7128 resulting in number disconnected.
6/22/2024 2:37 PM: I placed a phone call to number ending in 0109 resulting in leaving voice mail. He is ID on machine.
6/22/2024 2:49 PM: I received a phone call from number ending in 0109 resulting in address confirmed. I spoke with Daniel Gilbert Fields. The individual appeared to be a male contact. Refused to cooperate said he will not be available





Tracking #: 0135983978

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **5:24-CV-00440-OLG-HJB**

**to accept any delivery. I can mail or leave at the door.**





## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

MARK ANTHONY ORTEGA

            Plaintiff,

       v.

DANIEL GILBERT FIELDS and ERIC DOE,

            Defendants.

**Case No. 5:24-cv-00440-OLG-HJB**

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

CAME ON TO BE CONSIDERED Mark Anthony Ortega's Motion For Alternative Service and after considering said motion, as well as the supporting Exhibits, the court finds Plaintiff's attempts to serve Daniel Gilbert Fields ("Defendant") have been unsuccessful and find the Substitute Service requested in Plaintiff's motion will be reasonably effective to give Defendant notice of the suit.

Therefore, the Court GRANTS the motion and authorizes Alternative Service on Daniel Gilbert Fields by any one of the following method(s):

   a.  By Delivering a true copy of the Summons, Cover Sheet and Complaint and Order authorizing substituted service attached, with anyone more than sixteen (16) years of age at 1263 White Sands Dr, San Marcos, CA 92078, **OR,**

   b.  By Attaching a true copy of the Summons, Cover Sheet and Complaint and Order authorizing substitute service, securely to the front door at 1263 White Sands Dr, San Marcos, CA 92078, **OR,**

c.  Email to dan@ franconsultantgroup.com

Each of the authorized above described methods is reasonably effective to give

Defendant notice of the suit and such service shall be deemed effective as of the date of

compliance by Plaintiff.

Signed on _____, 20_____.


_____

JUDGE PRESIDING



Mark Wren
152 Bridgefels Dr
San Antonio, TX 78231

San Antonio CRGC 78235 7HO

THU 27 JUN 2024 PM

RECEIVED

JUL -1 2024

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

P. HAIS

JUN 0 1 2024

U.S. District Clerk's Office
ENFORCEMENT SECTION
262 West Nueva Street Room 1-400
San Antonio, Tx 78207