IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA<br><br>Plaintiff,<br><br>v.<br><br>DANIEL GILBERT FIELDS and ERIC DOE,<br><br>Defendants. | Case No. 5:24-cv-00440-OLG-HJB |

### ORDER ON PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

CAME ON TO BE CONSIDERED Mark Anthony Ortega's Motion For Alternative Service and after considering said motion, as well as the supporting Exhibits, the court finds Plaintiffs attempts to serve Daniel Gilbert Fields ("Defendant") have been unsuccessful and find the Substitute Service requested in Plaintiffs motion will be reasonably effective to give Defendant notice of the suit.

Therefore, the Court GRANTS the motion and authorizes Alternative Service on Daniel Gilbert Fields by any one of the following method(s):

a. By Delivering a true copy of the Summons, Cover Sheet and Complaint and Order authorizing substituted service attached, with anyone more than sixteen (16) years of age at 1263 White Sands Dr, San Marcos, CA 92078, **OR,**

b. By Attaching a true copy of the Summons, Cover Sheet and Complaint and Order authorizing substitute service, securely to the front door at 1263 White Sands Dr, San Marcos, CA 92078, **OR,**

    c. Email to dan@franconsultantgroup.com

Each of the authorized above described methods is reasonably effective to give Defendant notice of the suit and such service shall be deemed effective as of the date of compliance by Plaintiff

Signed on ____July 11____, 20_24_.

                                                  _____
                                                JUDGE PRESIDING
                                                United States Magistrate Judge