## **DECLARATION**

"My name is Daniel Fields. I am over the age of 18 years of age, of sound mind, and capable of making this Declaration. I have read Defendant Daniel Gilbert Fields' Objections and Answers to Plaintiffs' First Set of Interrogatories. The information contained therein is within my personal knowledge and is true and correct."

Further, Affiant sayeth not.

_____
DANIEL FIELDS