### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA<br>　　　　　　　　　Plaintiff,<br>　　v.<br>DANIEL GILBERT FIELDS, NICHOLAS FERNANDEZ, and STRATEGIC FRANCHISE LEADS L.L.C, a New Jersey Limited Liability Company<br>　　　　　　　　　Defendants. | Case No. 5:24-cv-00440-OLG-HJB |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AND STRIKING DEFENDANTS' MOTION TO DISMISS

Before the Court is Plaintiff Mark Anthony Ortega's "Plaintiff's Opposition to Defendants' Motion to Dismiss and Motion to Strike," filed in response to Defendants' "Motion to Dismiss" (ECF No. 47).

Having considered Plaintiff's arguments, the Court finds that Defendant Strategic Franchise Leads LLC, as a limited liability company, was improperly represented pro se in the filing of the Motion to Dismiss. The Court further finds that the arguments presented on behalf of Strategic Franchise Leads LLC are impermissibly intertwined with those of Defendant Nicholas Fernandez, rendering the entire motion procedurally improper.

It is therefore **ORDERED** that:

1. Plaintiff's request to strike Defendants' Motion to Dismiss (ECF No. 47) is **GRANTED**.

2. Defendants' Motion to Dismiss (ECF No. 47) is hereby **STRICKEN** in its entirety.

3. Defendant Strategic Franchise Leads LLC is **ORDERED** to obtain representation by licensed counsel admitted to practice before this Court. Counsel for Strategic Franchise Leads LLC shall file a notice of appearance within _____ days of the date of this Order.

Any future filings by or on behalf of Strategic Franchise Leads LLC must be made through such counsel.

4. As the Motion to Dismiss is stricken, the Court does not reach the merits of the arguments for dismissal at this time.

**SO ORDERED.**

**DATED:** _____, 2025

_____
UNITED STATES DISTRICT JUDGE