UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-440-OLG (HJB) |
| DANIEL GILBERT FIELDS; NICHOLAS FERNANDEZ; and STRATEGIC FRANCHISE LEADS, LLC, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Plaintiff's Motion to Compel Discovery Responses. (Docket Entry 52.) Pretrial matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 3.)

Plaintiff's motion is directed against Defendant Daniel Gilbert Fields, whose attorney recently withdrew as counsel. (*See* Docket Entry 51.) In granting that motion to withdraw, the Court ordered Defendant Fields to file an advisory identifying a new attorney or indicating his intention to continue *pro se*. (*See id.* at 2). His advisory was due on September 5, 2025, but he neither filed the advisory nor responded to the motion to compel within the time allotted by Local Rule CV-7(d)(2). Accordingly, the Court ordered that Defendant Fields respond to Plaintiff's motion to compel. (*See* Docket Entry 53, at 1.) Defendant was admonished that the failure to do so would result in the motion's being granted as unopposed. (*See id.* (citing W.D. TEX. CV-7(d).) The time for response has passed, still without any response from Defendant.

Accordingly, Plaintiff's Motion to Compel Discovery Responses (Docket Entry 52) is **GRANTED AS UNOPPOSED.** Defendant Fields must respond to Plaintiff's discovery requests **on or before November 20, 2025.** Failure to do so may result in the imposition of sanctions under

Federal Rule of Civil Procedure 37(b)(2), including the entry of default judgment.

The Clerk of the Court is **DIRECTED** to send a copy of this Order by regular mail to Defendant Fields at his last known address: 1263 White Sands Drive, San Marcos, CA 92078, and to his email address: dfields77@mac.com. (*See* Docket Entry 50, at 2.)

It is so **ORDERED**.

**SIGNED** on October 30, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge