UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-440-OLG (HJB) |
| DANIEL GILBERT FIELDS; NICHOLAS FERNANDEZ; and STRATEGIC FRANCHISE LEADS, LLC, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the status of the above case, in which pretrial and scheduling matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 3.) Defendant Strategic Franchise Leads, LLC ("Strategic Franchise") is not represented by counsel in this case. As an LLC, Strategic Franchise must be represented by an attorney. *See Precision Builders, Inc. v. Olympic Grp. LLC*, 642 F. App'x 395, 397 (5th Cir. 2016) ("Business association may appear in federal court only through a licensed attorney."). Accordingly, the undersigned ordered that Strategic Franchise secure counsel and that counsel enter an appearance on the record. (*See* Docket Entry 53, at 1.) Defendant was admonished that failure to comply would result in an entry of default. *See* FED. R. CIV. P. 16(f), 55(a).

Although the time for response has passed, no counsel has appeared for Strategic Franchise. Accordingly the Clerk of the Court is hereby **DIRECTED** to enter a default against this Defendant pursuant to Federal Rule of Civil Procedure 55(a).[1]

---

[1] Entry of default is a non-dispositive, ministerial matter performed by the clerk; it is a prerequisite to a later default judgment. 10 MOORE'S FEDERAL PRACTICE, § 55.10[1] (3d. ed. 2010). Accordingly, the undersigned has authority to order the entry of default under 28 U.S.C. § 636.

It is so **ORDERED**.

**SIGNED** on October 30, 2025.

                                                Henry J. Bemporad
                                                United States Magistrate Judge