UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-440-OLG (HJB) |
| | § | |
| DANIEL GILBERT FIELDS; NICHOLAS FERNANDEZ; and STRATEGIC FRANCHISE LEADS, LLC, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is a motion to dismiss filed by Defendant Nicholas Fernandez, as well as Johana Anton, the purported owner of Defendant Strategic Franchise Leads, LLC ("Strategic Franchise"). (Docket Entry 47.) Pretrial matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 3.)

As the Court explained previously, this motion is deficient with regard to both Defendants in this case. (*See* Docket Entry 53.) With regard to Strategic Franchise, a motion cannot be filed unless it is filed by counsel. *See Precision Builders, Inc. v. Olympic Grp. LLC*, 642 F. App'x 395, 397 (5th Cir. 2016) ("Business association may appear in federal court only through a licensed attorney"). Accordingly, the motion was ordered stricken as to that Defendant. (Docket Entry 53, at 1–2.) With regard to Defendant Fernandez, although he may represent himself *pro se*, the motion provides no address or telephone number, in violation of Federal Rule of Civil Procedure 11(a). That Rule likewise requires the motion be stricken if such omissions are not timely corrected.

In light of these deficiencies, the Court ordered that Defendant Fernandez either (1) appear through counsel or (2) provide his address, e-mail address, and phone number. (Docket Entry 53,

at 1 (citing FED. R. CIV. P. 11(a)).  Fernandez was admonished that failure to comply would result in the Court's striking his motion to dismiss and could result in further sanctions.  (*Id.*)  Although the time for response has passed, Fenandez has not responded to the Court's Order.

Accordingly, it is hereby **ORDERED** that Fernandez's motion to dismiss (Docket Entry 47) is **STRICKEN**.

It is **FURTHER ORDERED** that Fernandez must **SHOW CAUSE on or before November 21, 2025**, why sanctions should not be imposed under Federal Rule of Civil Procedure 16(f)(1)C) for failing to respond to the Court's previous Order.  Fernandez is admonished that sanctions for failure to respond could include entry of default judgment against him in this case.  *See* FED. R. CIV. P. 16(f)(1) (citing, *inter alia*, FED. R. CIV. P. 37(b)(2)(vi)).

**SIGNED** on October 30, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge