**FILED**

June 03, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

MARK ANTHONY ORTEGA,          §
                              §
          Plaintiff,          §
                              §
v.                            §     **CIVIL NO. SA-24-CV-440-OLG**
                              §
DANIEL GILBERT FIELDS *et al.*, §
                              §
          Defendants.         §

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Report") (Dkt. No. 67), entered on April 28, 2026, concerning Plaintiff Mark Anthony Ortega's Motion for Final Default Judgment and Memorandum in Support (Dkt. No. 61). No party filed objections to the Report.

When no party objects to a magistrate judge's report and recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's report and recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Report and is of the opinion that it is correct. Accordingly, the Report (Dkt. No. 67) is **ACCEPTED** and, as set forth therein, the Motion (Dkt. No. 61) is **GRANTED IN PART**. The Court will issue a Default Judgment separately.

This case is **CLOSED**.

2

IT IS SO ORDERED.

SIGNED on June _____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge