**FILED**

June 03, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

MARK ANTHONY ORTEGA, §
§
Plaintiff, §
§
v. §              **CIVIL NO. SA-24-CV-440-OLG**
§
DANIEL GILBERT FIELDS *et al.*, §
§
Defendants. §

## DEFAULT JUDGMENT

Pursuant to the order entered by the Court on this date, the claims asserted herein have been resolved in favor of Plaintiff Mark Anthony Ortega against Defendants Daniel Gilbert Fields, Nicholas Fernandez, and Strategic Franchise Leads, L.L.C. In accordance therewith, the Court enters the following Default Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall recover the following amount from Defendants, jointly and severally:

1.   $3,000.00 in statutory and treble damages under the Telephone Consumer Protection Act;

2.   $20,000.00 in statutory damages under the Texas Business and Commerce Code; and

3.   $405.00 in costs under 28 U.S.C. § 1920.

Post-judgment interest shall be calculated and compounded pursuant to 28 U.S.C. § 1961 until the judgment is paid in full.

This case is **CLOSED.**

IT IS SO ORDERED.

SIGNED on June _____, 2026.

ORLANDO L. GARCIA
United States District Judge